UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
DOMINIQUE LUCAS
#08G0656
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

OFFICER ADIBOLO, OFFICER
ALEYNE-GOODEN, SGT.
ARNDT, SGT. RABIDEAU,
SGT. McDANIEL, OFFICER
TROTTER, SGT. McCRORY

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 11   AM 10: 46

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes   ☐ No
(check one)

**16CV 7934**

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   DOMINIQUE LUCAS
            ID #   08G0656
            Current Institution   BEDFORD HILLS CORRECTIONAL FACILITY
            Address   247 HARRIS ROAD; BEDFORD HILLS, NY 10507

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  OFFICER ADIBOLO   Shield # _____
                  Where Currently Employed  BEDFORD HILLS C.F.
                  Address  247 HARRIS RD.
                           BEDFORD HILLS, NY 10507

Rev. 05/2010                               1

Defendant No. 2   Name OFFICER ALEYNE-GOODEN   Shield # _____
Where Currently Employed BEDFORD HILLS C.F.
Address 247 HARRIS RD
BEDFORD HILLS, NY. 10507

Defendant No. 3   Name SGT. ARNDT   Shield # _____
Where Currently Employed BEDFORD HILLS C.F.
Address 247 HARRIS RD.
BEDFORD HILLS, NY 10507

Defendant No. 4   Name SGT. RABIDEAU   Shield # _____
Where Currently Employed BEDFORD HILLS C.F.
Address 247 HARRIS RD.
BEDFORD HILLS, NY 10507

Defendant No. 5   Name SGT. McDANIEL   Shield # _____
Where Currently Employed BEDFORD HILLS C.F.
Address 247 HARRIS RD.
BEDFORD HILLS, NY 10507

DEFENDANT NO. 6  OFFICER TROTTER
DEFENDANT NO. 7  SGT. McCRORY   } SAME AS ABOVE

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
BEDFORD HILLS CORRECTIONAL FACILITY

B. Where in the institution did the events giving rise to your claim(s) occur?
113/MESSHALL TUNNEL, AND THE ICP ROOM OFF OF 113 LOBBY

C. What date and approximate time did the events giving rise to your claim(s) occur?
JUNE 18, 2015 ; APPROXIMATELY 10:15-10:30pm

D. Facts:

| | |
|---|---|
| What happened to you? | I WAS BEING ESCORTED BACK FROM KEEPLOCK RECREATION BY C.O. ADIBOLO WHEN HE GOT IN FRONT OF ME AND PUNCHED ME IN MY FACE. BLOOD BEGAN DRIPPING FROM MY NOSE. HE PUNCHED ME IN MY MOUTH AND ~~SHO~~ CAUSED ME TO BLEED FROM MY MOUTH. |
| Who did what? | OFFICER ALEYNE-GOUDEN, SGT. RABIDEAU, SGT. McCRORY, SGT. McDANIEL, SGT. ARNDT, AND C.O. TROTTER ALL CAME TO THE SCENE, AND THREW ME TO THE GROUND WHERE THEY WERE STOMPING ME AND KICKING IN MY BACK, HEAD, FACE AND BODY. THEY |
| Was anyone else involved? | PUT A BAG OVER MY FACE & SHACKLES ON MY ANKLES THAT WERE SO TIGHT IT CUT OFF MY CIRCULATION & MADE MY ANKLES RAW. THEY STOOD ME UP AND MADE ME WALK WITH SHACKLES ON & THE BAG OVER MY FACE TO A ROOM OFF OF 113 LOBBY, KNOWN AS THE ~~~~ "ICP" ROOM. THERE, THEY GRABBED MY |
| Who else saw what happened? | HEAD (THE BAG & MY HAIR) AND SMASHED MY FACE INTO THE DOOR FRAME, SO MY TEETH SHATTERED. I WAS POURING BLOOD FROM MY MOUTH & MY TEETH WERE IN THE BAG. AT THAT POINT, SGT. McDANIEL WAS THERE BECAUSE I HAD SEEN HIS FACE BEFORE THEY PUT THE BAG ON ME. |

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

MY TWO FRONT TEETH WERE SHATTERED. TEMPORARY CAPS WERE INSERTED, BUT THEY BOTH BROKE THE NEXT DAY AND WERE NEVER REPLACED. I HAD A SPRAINED LEFT WRIST (XRAYS ARE ON FILE AT MACCY).

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

Rev. 05/2010

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BEDFORD HILLS CORRECTIONAL FACILITY

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? ASSAULT

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? BEDFORD HILLS & MARCY

1. Which claim(s) in this complaint did you grieve? ASSAULT

2. What was the result, if any? AFTER THE ASSAULT, I WAS SENT TO MARCY (CENTRAL NY PSYCHIATRIC CENTER), WHERE I REMAINED FOR 4 MONTHS. WHEN I RETURNED, GRIEVANCE SUPERVISOR BROWN TOLD ME I COULD NOT FILE A GRIEVANCE WHILE OUTSIDE OF THE FACILITY.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I ATTEMPTED TO FILE A GRIEVANCE AT BEDFORD WHEN I CAME BACK, BUT MR. BROWN TOLD ME IT WAS TOO LATE, AND I COULD NOT FILE IT. I HAVE A COPY OF THE GRIEVANCE I FILED. I SHOULD NOT B PUNISHED FOR BEING AT MARCY, WHERE I WAS TOLD I COULDN'T FILE THE GRIEVANCE OUTSIDE THE FACILITY, ALTHOUGH I TRIED.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

EXPLAINED ABOVE

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010

4

when and how, and their response, if any: I FILED A TORT CLAIM, BUT IT WAS DENIED. I SPOKE TO CRT. P. ARTUZ, WHO REVIEWED VIDEOTAPE OF THE INCIDENT, RELEASED ME FROM SHU, AND DISMISSED MY MISBEHAVIOR REPORT.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
I CONTACTED PRISONERS LEGAL SERVICES AND THE INSPECTOR GENERAL'S (IG) OFFICE. IG REVIEWED THE TAPE AND TOLD ME THEY WERE INVESTIGATING IT, BUT NO ONE HAS BEEN FIRED FOR ASSAULTING ME. PLS TOLD ME THAT CENTRAL OFFICE HAS A COPY OF THE VIDEO.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).
AN ORDER THAT DEFENDANTS VIOLATED MY 8th AMENDMENT RIGHTS. PLAINTIFF REQUESTS TEN MILLION DOLLARS IN COMPENSATORY DAMAGES. FOR PHYSICAL INJURIES TO MY TEETH AND LEFT ARM, PLUS MENTAL ANGUISH IN ADDITION TO MY MENTAL ILLNESSES.

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓   No ___

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff __DOMINIQUE LUCAS__

   Defendants __STATE OF NEW YORK__

2. Court (if federal court, name the district; if state court, name the county) __COURT OF CLAIMS__

3. Docket or Index number __~~000180000~~ 126537__

4. Name of Judge assigned to your case __EILEEN FAZZONE__

5. Approximate date of filing lawsuit __AUGUST 2015 (APPROX)__

6. Is the case still pending? Yes ___ No ✓   __APRIL 12, 2016__
   If NO, give the approximate date of disposition __~~AUGUST~~__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)
   __DISMISSED__

C.  [On other claims] Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ___ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

__Dominique Lucas__

Bedford Hills Correctional
Facility #08G0656; 113D-19
P.O. Box 1000
Bedford Hills, NY 10507
Lucas, D.

Pro-Se
10/7/16

CERTIFIED MAIL
7008 1830 0002 4692 1146

Clerk of Court
U.S. Courthouse
500 Pearl Street
New York, NY
10007-1312

BEDFORD HILLS CORRECTIONAL FACILITY
NEOPOST 10/04/2016
US POSTAGE $001.78
ZIP 10507
041M11272300

fme 1.78
Chye 6.00

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 11 AM 10:47

Legal Mail